MAX TIEGER, PLAINTIFF-RESPONDENT. v. SAMUEL LUNDY, DEFENDANT-APPELLANT.

Argued May 22, 1934—Decided May 24, 1934.

For the defendant-appellant, *Bolte & Tripician* (*Harry Miller*).

For the plaintiff-respondent, *John B. Baratta* (*William B. Hunter, Jr.*).

PER CURIAM.

From an examination of the record in this case it is apparent that there were fact questions presented which were submitted by the trial judge to the jury in a charge that was faultless, so far as any question is presented for our determination.

The judgment is affirmed.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, PARKER, LLOYD, CASE, BODINE, DONGES, HEHER, PERSKIE, VAN BUSKIRK, DEAR, WELLS, JJ. 13.·

*For reversal*—None.

E. LEONARD FRYLING AND HARRY F. FRYLING, PLAINTIFFS-RESPONDENTS, v. HOWARD RUSS AND WARREN K. RUSS, DEFENDANTS-APPELLANTS.

Argued May 22, 1934—Decided May 24, 1934.

For the defendants-appellants, *Howard Eastwood*.

For the plaintiffs-respondents, *French, Richards & Bradley* (*Floyd H. Bradley*).

PER CURIAM.

From an examination of the record in this case it is apparent that there were fact questions presented which were sub-

mitted by the trial judge to the jury in a charge that was faultless so far as any question is presented for our determination.

The judgment is affirmed.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, PARKER, LLOYD, CASE, BODINE, DONGES, HEHER, PERSKIE, VAN BUSKIRK, DEAR, JJ. 12.

*For reversal*—None.

GUARANTEE ABSTRACT COMPANY, A CORPORATION; BANK OF SARASOTA, E. P. JACKSON, AS LIQUIDATOR OF BANK OF SARASOTA, AND M. A. SMITH, AS SUCCESSOR LIQUIDATOR OF BANK OF SARASOTA, PLAINTIFFS-RESPONDENTS, v. C. C. RANDOLPH, SR., DEFENDANT-APPELLANT.

Argued May 21, 1934—Decided May 24, 1934.

For the defendant-appellant, *William G. De Meza* (*Winfield S. Angleman*).

For the plaintiffs-respondents, *King & Vogt* (*Harold A. Price*).

PER CURIAM.

The full faith and credit clause of the federal constitution (article 4, section 1) required the action taken in the court below. *McKnett* v. *St. Louis and Santa Fe Railway Co.*, 54 *Sup. Ct.* 690.

The judgment is affirmed.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, PARKER, LLOYD, CASE, BODINE, DONGES, HEHER, PERSKIE, VAN BUSKIRK, DEAR, WELLS, JJ. 13.

*For reversal*—None.